# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 5:17-CV-01264-HNJ ) ) |
| APT RESEARCH, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |
| APT RESEARCH, INC., | ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| COMMUNITY INSURANCE, LLC, | ) ) |
| Third-Party Defendant. | ) |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, being all parties who have appeared in this action, hereby stipulate to the dismissal with prejudice of this action, including all claims, counterclaims, and third-party claims, with each party to bear its own costs, attorney's fees, and expenses.

1

Dated: October 5, 2018

                                             */s/ Benjamin S. Willson*
                                             One of the Attorneys for Plaintiff Hartford
                                             Casualty Insurance Company

OF COUNSEL:
Charles T. Greene
*cgreene@lightfootlaw.com*
Benjamin S. Willson
*bwillson@lightfootlaw.com*
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL   35203
(205) 581-0700 (t)
(205) 581-0799 (f)

Lee H. Ogburn (*pro hac vice*)
*logburn@kg-law.com*
Ezra S. Gollogly (*pro hac vice*)
*egollogly@kg-law.com*
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland   21202
410-752-6030 (t)
410-539-1269 (f)

*Attorneys for Plaintiff Hartford Casualty Insurance Company*


                                             */s/ D. Edward Starnes, III (w/ express permission)*
                                             One of the Attorneys for Defendant and
                                             Third-Party Plaintiff APT Research, Inc.

OF COUNSEL:

D. Edward Starnes, III
Travis S. Jackson
Amanda R. Coolidge
Lanier Ford Shaver & Payne P.C.
2101 Clinton Avenue West
Suite 102 [35805]
P.O. Box 2087
Huntsville, AL 35804
(256) 535-1100 (t)
(256) 533-9322 (f)
des@lanierford.com
tsj@lanierford.com
arc@lanierford.com

*Attorneys for Defendant and Third-Party Plaintiff APT Research, Inc.*

/s/ Mark A. Jackson (w/ express permission)
One of the Attorneys for Defendant Coleen McKenna Whorton

OF COUNSEL:
Mark A. Jackson
Mark A. Jackson, P.C.
525 Madison Street, SE, Suite 202
Huntsville, Alabama 35801
256-533-5306
256-533-0020 (fax)
jackoesq@aol.com

*Attorney for Defendant Coleen McKenna Whorton*

/s/ Roger L. Lucas (w/ express permission)
One of the Attorneys for Defendant David J. Cothran

OF COUNSEL:
Roger L. Lucas
David H. Marsh
Jeffrey C. Rickard
Richard J. Riley
Marsh, Rickard & Bryan, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama 35209
205-879-1981
205-879-1986 (fax)
rlucas@mrblaw.com
gross@mrblaw.com
jrickard@mrblaw.com
cburt@mrblaw.com

*Attorneys for Defendant David J. Cothran*

/s/ Marcus Helstowski (w/ express permission)
One of the Attorneys for Defendant Donald Ray Sanderson

OF COUNSEL:
Marcus J E Helstowski
McDaniel & McDaniel LLC
223 East Side Square
Huntsville, Alabama 35801
256-534-3018
256-534-8117 (fax)
Marcus@mcdanielhsv.com

*Attorney for Defendant Donald Ray Sanderson*

/s/ *Daniel S. Wolter (w/ express permission)*
One of the Attorneys for Third-Party Defendant
Community Insurance, LLC

OF COUNSEL:
Daniel Wolter Law Firm, LLC
402 Office Park Drive
Suite 100
Birmingham, Alabama 35223
(205) 983-6440 (telephone)
(205) 983-6443 (facsimile)
dwolter@wolterlawfirm.com

*Attorneys for Third-Party Defendant*
*Community Insurance, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on this 5th day of October 2018, using the CM/ECF system which will send notification of such filing to all counsel of record.

By:   /s/ Benjamin S. Willson
      OF COUNSEL
