FILED
2018 Oct-05  AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 5:17-cv-01264-HNJ |
| | ) | |
| APT RESEARCH, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |
| APT RESEARCH, INC., | ) | |
| | ) | |
| Third-Party Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| COMMUNITY INSURANCE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## DISMISSAL ORDER

Pursuant to the parties' Joint Notice of Voluntary Dismissal With Prejudice (Doc. 64), the court **DISMISSES** this action **WITH PREJUDICE**, each party to bear its own costs, attorney's fees, and expenses.

**DONE** and **ORDERED** this 5th day of October, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE